IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN THOMPSON, SR.,

    Plaintiff,                    No. 2:13-cv-0098 GEB DAD P

    vs.

SACRAMENTO COUNTY SHERIFF
SCOTT R. JONES, et al.,

    Defendants.           ORDER
_____/

        On July 29, 2013, plaintiff filed motions seeking orders requiring that he be provided weekly law library access at his institution of confinement and that the filing fee for this action be paid on his behalf. (ECF Nos. 19 and 20). This civil rights action was closed on July 22, 2013 pursuant to the stipulation of the parties. Plaintiff's motions will therefore be disregarded and plaintiff is advised that no orders will issue in response to future filings in this closed action.

DATED: September 3, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
thom0098.58